Cement Gun Company, Inc., Appellee, v. Patrick Warren Construction Company, Appellant.

Gen. No. 45,446. 

Heard in the first division, first district, this court at the April term, 1951. C. R. Wellman, and J. J. Kennelly, for appellant; Rappaport, Clorfene & Rappaport, for appellee; Hamilton Clorfene, and Philip E. Gale, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed December 10, 1951; released for publication January 7, 1952.